# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151343-4

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant-Appellant.

SC: 151343-4
COA: 317864, 317866
Kalamazoo CC: 2012-000600-NF

_____/

     On order of the Court, the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Court of Appeals erred when it concluded that the defendant Michigan Assigned Claims Plan could not deny the plaintiff hospital's application for assignment of its claim for benefits as "an obviously ineligible claim," MCL 500.3173a. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



s1118

Clerk